UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-21779-CIV-MORENO

EDWIN ESTEVEZ,

    Petitioner,

vs.

STATE OF FLORIDA,

    Respondent.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Habeas Corpus Petition **(D.E. No. 1)**, filed on **May 16, 2013**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 12)** on **August 2, 2013**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 12)** on **August 2, 2013** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Petition for Habeas Corpus is DISMISSED for the reasons stated in the Report and Recommendation. It is also

**ADJUDGED** that all pending motions are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of August, 2013.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel of Record